# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR616-014 |
| | ) | |
| WILLIAM RANDALL COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Guilty-plea convicted of possession of a firearm by a convicted felon, William Randall Collins was sentenced to 57 months' imprisonment. Docs. 1 (indictment), 36 (plea agreement) & 44 (judgment entered August 3, 2017). Collins elected to appeal his sentence (doc. 42-1 (post-conviction consultation certification, reflecting both his *and counsel's* understanding that Collins did indeed wish to appeal his sentence)), but no appeal has been timely filed. *See* doc. 46 (letter inquiring why no appeal has been filed); Fed. R. App. P. 4(b) (appeal must be filed within 14 days of entry of judgment of conviction); *see also* doc. 44 at 7 (plea agreement appeal waiver except under certain circumstances). Within 7 days of service of this Order, counsel is **DIRECTED** to file with this Court a copy of defendant's timely-filed

appeal or otherwise explain why Collins' appeal has not yet been filed.

**SO ORDERED,** this  3rd  day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA